ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED

MAR 09 2016

Clerk, U.S. District Court
By _____ Deputy Clerk

| | |
|---|---|
| SPRINT NEXTEL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 12-2159-JTM |
| | ) |
| THE MIDDLE MAN, INC., | ) |
| | ) |
| Defendant. | ) |

## VERDICT

We, the jury, impaneled and sworn in the above entitled case, upon our oaths, submit the following answers to the questions submitted by the court:

1. Do you find that Middle Man breached the Terms and Conditions by reselling phones that Sprint sold to Middle Man?

　　_____ Yes　　　　　　　　　_X_ No

2. Agreement on the above verdict was unanimous.

　　_X_ Yes　　　　　　　　　_____ No

3-9-17
Date

Presiding Juror