# UNITED STATES DISTRICT COURT

### DISTRICT OF KANSAS

SPRINT NEXTEL CORPORATION,

        Plaintiff,         **JUDGMENT IN A CIVIL CASE**

v.

THE MIDDLE MAN, INC.,         Case No. 12-2159-JTM

        Defendant.

      IT IS ORDERED AND ADJUDGED that, all other claims having previously been disposed of, and in accordance with the verdict of the jury on March 9, 2017, Hon. J. Thomas Marten presiding, that plaintiff Sprint shall take nothing on its claim for breach of contract against The Middle Man, Inc., that the claim be dismissed on the merits, and that defendant Middle Man, Inc. shall recover its costs of action from the plaintiff Sprint;

      IT IS FURTHER ORDERED AND ADJUDGED that The Middle Man, Inc.'s first counterclaim for declaratory judgment is granted to the extent that the court declares that Middle Man, Inc. did not breach its contract with Sprint through the resale of the three phones that were the subject of the jury trial.

                                                        TIMOTHY M. O'BRIEN, Clerk of Court

<u>March 10, 2017</u>                 By: <u>s/Yolanda Holman</u>

Date:                                         Deputy Clerk, Yolanda Holman